

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

**Guy R. Fairstein**
Attorney-at-Law
15 Stewart Place ~ No. 11-J
White Plains, NY 10603-3843
914-328-0923
gfairstein@optonline.net

May 22, 2008

**BY FEDERAL EXPRESS**

The Honorable Denny Chin
United States District Judge
United States Courthouse - Room 1020
500 Pearl Street
New York, New York 10007

          Re:    DiMartino and Shanks v. Dooley (2008 Civ 4606)

Dear Judge Chin:

    I represent Margaret Dooley, the respondent, on whose behalf I am simultaneously submitting a letter request for leave to move, under 9 USC § 206, to compel arbitration.

    I have been authorized by Jennifer Tafet Klausner, of Davis & Gilbert LLP, attorneys for the petitioners, to represent that, should Your Honor grant Mrs. Dooley's request, and also find the schedule acceptable, we have agreed to the following briefing schedule:

    - - June 6 - my deadline for serving Mrs. Dooley's motion to compel arbitration and supporting papers, and her opposition the petition to stay arbitration;

    - - June 20 - the petitioners' deadline for serving papers in opposition to Mrs. Dooley's motion to compel arbitration and in reply in further support of their petition; and

    - - June 27 - my deadline for serving Mrs. Dooley's reply papers in further support of her motion to compel arbitration.

    On May 23 and 27 I will be available only by cellular phone, at 914-924-0350.

                             Respectfully yours,

                             Guy R. Fairstein

Copy by Federal Express to:
Howard J. Rubin, Esquire

Approved
SO ORDERED.
/s/ DC  6/5/08