UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH Di MARTINO and EUGENE B. SHANKS, Jr.,

                Petitioners,           4606 Civ. 2008
    - against -

                                                           Judge Chin

MARGARET DOOLEY,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIRMATION OF SERVICE

        I, GUY R. FAIRSTEIN, an attorney-at-law duly admitted to practice law in the State of New York, affirm under the penalty of perjury that:

        1.    I am the attorney representing Margaret Dooley, the respondent.

        2.    On May 19, 2008, I delivered to Federal Express, for delivery on Tuesday, May 20, 2008, to Howard J. Rubin, of Davis & Gilbert LLP, the petitioners' attorneys, at 1740 Broadway, New York, NY 10019, a sealed envelope in a Federal Express mailer containing a copy of the Notice of Removal of this proceeding to this Court, to which were attached the order to show cause, dated May 13, 2008, issued by the Supreme Court of the State of New York, County of New York, and the papers on which it was granted (collectively, the "Notice").

        3.    On May 20, 2008, I filed a copy of the Notice with the County Clerk of New York County, who is the Clerk of the Supreme Court, New York County.

Dated: May 21, 2008                                               s/

                                                                 Guy R. Fairstein  (GF - 1721)
                                                                 Attorney for the Respondent
                                                                 15 Stewart Place  -  No. 11-J
                                                                 White Plains, NY 10603
                                                                 914-328-0923